IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60045
_____

DAVID BALDERRAMA-GUERRERO,

                                        Petitioner,

versus

JOHN ASHCROFT,
ATTORNEY GENERAL,

                                        Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A10-546-135
---------------------
March 6, 2002
Before REAVLEY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

    David Balderrama-Guerrero petitions for review of an order
of the Board of Immigration Appeals (BIA) holding that
Balderrama-Guerrero's state conviction for felony driving while
intoxicated was an aggravated felony warranting his removal from
this country.  The respondent has moved to dismiss the petition
for review and to remand the case to the BIA for reconsideration
in light of United States v. Chapa-Garza, 243 F.3d 921, 927 (5th
Cir. 2001).  Balderrama-Guerrero has not replied to the
respondent's motion to remand.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Balderrama-Guerrero's petition for review is GRANTED. The order of the BIA is VACATED, and this case is REMANDED to the BIA for disposition consistent with <u>Chapa-Garza</u>, 243 F.3d at 927. All other outstanding motions are DENIED.